G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030;
F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff
CHARLES GILMORE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CHARLES GILMORE,<br><br>              Plaintiff,<br><br>     vs.<br><br>FREDRICK J. HANNA & ASSOCIATES, P.C.,<br><br>              Defendants. | **Case No.:**  5:14-cv-00913-JGB-SP<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41(a)(1), Plaintiff CHARLES GILMORE hereby voluntarily dismisses his claims, with prejudice, against Defendants FREDRICK J. HANNA & ASSOCIATES, P.C.

RESPECTFULLY SUBMITTED,

DATED:                                      **PRICE LAW GROUP APC**

June 28, 2014

By: /s/ G. Thomas Martin, III
      G. Thomas Martin, III
      Attorney for Plaintiff